# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 08-5034** | **September Term 2007** |
| | 08cv00049 |
| | **Filed On:** April 28, 2008 |

In re: Rick Beard,

    Petitioner

    **BEFORE:**    Sentelle, Chief Judge, and Rogers and Tatel, Circuit Judges

### ORDER

    Upon consideration of the petition for writ of mandamus, and the motion to proceed on appeal in forma pauperis, it is

    **ORDERED** that the motion to proceed on appeal in forma pauperis be granted. It is

    **FURTHER ORDERED** that the petition for writ of mandamus be denied. Given that petitioner and his subject real property are located in Fort Worth, Texas, and in the absence of any demonstration by petitioner that the defendants or subject matter have any connection with this district, the district court did not abuse its discretion by transferring this case to the U.S. District Court for the Northern District of Texas. See In re Tripati, 836 F.2d 1406, 1407 (D.C. Cir. 1988) (per curiam).

    Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

### Per Curiam

A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk